**UNITED STATES BANKRUPTCY COURT**
**NORTHERN DISTRICT OF ILLINOIS**
**EASTERN DIVISION**

| | | |
|---|---|---|
| In re: CHRISTON, GLENN T | § | Case No. 16-15296-JSB |
| CHRISTON, KERRY K | § | |
| | § | |
| Debtor(s) | § | |

# TRUSTEE'S FINAL REPORT (TFR)

The undersigned trustee hereby makes this Final Report and states as follows:

1. A petition under Chapter 7 of the United States Bankruptcy Code was filed on May 04, 2016. The undersigned trustee was appointed on May 04, 2016.

2. The trustee faithfully and properly fulfilled the duties enumerated in 11 U.S.C. §704.

3. All scheduled and known assets of the estate have been reduced to cash, released to the debtor as exempt property pursuant to 11 U.S.C. § 522, or have been or will be abandoned pursuant to 11 U.S.C. § 554. An individual estate property record and report showing the disposition of all property of the estate is attached as **Exhibit A.**

4. The trustee realized the gross receipts of         $        25,000.00

      Funds were disbursed in the following amounts:

| | |
|---|---:|
| Payments made under an interim distribution | 0.00 |
| Administrative expenses | 6.93 |
| Bank service fees | 137.39 |
| Other payments to creditors | 0.00 |
| Non-estate funds paid to 3rd Parties | 0.00 |
| Exemptions paid to the debtor | 0.00 |
| Other payments to the debtor | 0.00 |
| Leaving a balance on hand of [1]      $ | 24,855.68 |

The remaining funds are available for distribution.

5. Attached as **Exhibit B** is a cash receipts and disbursements record for each estate bank account.

---

[1] The balance of funds on hand in the estate may continue to earn interest until disbursed. The interest earned prior to disbursement will be distributed pro rata to creditors within each priority category. The trustee may receive additional compensation not to exceed the maximum compensation set forth under 11 U.S.C. § 326(a) on account of the disbursement of the additional interest.

**UST Form 101-7-TFR (05/1/2011)**

6. The deadline for filing non-governmental claims in this case was 10/28/2016 and the deadline for filing governmental claims was 10/31/2016. All claims of each class which will receive a distribution have been examined and any objections to the allowance of claims have been resolved. If applicable, a claims analysis, explaining why payment on any claim is not being made, is attached as **Exhibit C**.

7. The Trustee's proposed distribution is attached as **Exhibit D**.

8. Pursuant to 11 U.S.C. § 326(a), the maximum compensation allowable to the trustee is $3,250.00. To the extent that additional interest is earned before case closing, the maximum compensation may increase.

The trustee has received $0.00 as interim compensation and now requests the sum of $3,250.00, for a total compensation of $3,250.00.[2] In addition, the trustee received reimbursement for reasonable and necessary expenses in the amount of $0.00 and now requests reimbursement for expenses of $6.60, for total expenses of $6.60.[2]

Pursuant to Fed R Bank P 5009, I hereby certify, under penalty of perjury, that the foregoing report is true and correct.

Date: 04/18/2017            By: /s/David R. Brown
                                Trustee

**STATEMENT:** This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

---

[2] If the estate is administratively insolvent, the dollar amounts reflected in this paragraph may be higher than the amounts listed in the Trustee's Proposed Distribution (Exhibit D)

**UST Form 101-7-TFR (05/1/2011)**

Exhibit A

# Form 1

## Individual Estate Property Record and Report
## Asset Cases

Page: 1

**Case Number:** 16-15296-JSB  
**Case Name:** CHRISTON, GLENN T  
CHRISTON, KERRY K  
**Period Ending:** 04/18/17

**Trustee:** (330580) David R. Brown  
**Filed (f) or Converted (c):** 05/04/16 (f)  
**§341(a) Meeting Date:** 05/31/16  
**Claims Bar Date:** 10/28/16

| 1 | 2 | 3 | 4 | 5 | 6 |
|---|---|---|---|---|---|
| **Asset Description** (Scheduled And Unscheduled (u) Property) Ref. # | **Petition/ Unscheduled Values** | **Estimated Net Value** (Value Determined By Trustee, Less Liens, Exemptions, and Other Costs) | **Property Abandoned** OA=§554(a) | **Sale/Funds Received by the Estate** | **Asset Fully Administered (FA)/ Gross Value of Remaining Assets** |
| 1  1524 Old Forge Rd, Bartlett, IL 60103-0000 DuPage County  Amended schedules reduced value from $340,000 to $330,000 | 330,000.00 | 0.00 | | 25,000.00 | FA |
| 3  2012 Dodge Journey, 87,000 miles, Fair Condition | 6,223.00 | 0.00 | | 0.00 | FA |
| 4  2012 Ford Express, 117,000 miles, Fair Condition | 9,278.00 | 0.00 | | 0.00 | FA |
| 5  2000 Chevrolet Monte Carlo, 120,000 miles, Fair Condition | 571.00 | 0.00 | | 0.00 | FA |
| 6  Sofas, Beds, Dressers, Tables | 500.00 | 0.00 | | 0.00 | FA |
| 7  TVs, DVD Players, Computer, Printer, Scanner,  Orig. Description: TVs, DVD Fax Machine, Stereo | 550.00 | 0.00 | | 0.00 | FA |
| 8  Misc Clothing & Apparel | 400.00 | 0.00 | | 0.00 | FA |
| 9  Misc. Costume Jewelry | 300.00 | 0.00 | | 0.00 | FA |
| 10  Checking: West Suburban Bank | 300.00 | 0.00 | | 0.00 | FA |
| 11  Checking: West Suburban Bank | 1,900.00 | 0.00 | | 0.00 | FA |
| 12  Savings: West Suburban Bank | 1,900.00 | 0.00 | | 0.00 | FA |
| 13  401 (k): Fidelity | 55,000.00 | 0.00 | | 0.00 | FA |
| 12   Assets   **Totals** (Excluding unknown values) | **$406,922.00** | **$0.00** | | **$25,000.00** | **$0.00** |

**Major Activities Affecting Case Closing:**

Trustee sold right, title and interest in real estate to the Debtors for $25,000, with $10,000 payable on or before 10/1/16 and the remaining $15,000 payable on or before 11/18/2016. Order entered 9/30/16 approving sale

**Initial Projected Date Of Final Report (TFR):**    December 30, 2016      **Current Projected Date Of Final Report (TFR):**    December 30, 2016

Printed: 04/18/2017 01:29 PM    V.13.30

# Form 2

## Cash Receipts And Disbursements Record

Page: 1

| Case Number: | 16-15296-JSB | | Trustee: | David R. Brown (330580) |
|---|---|---|---|---|
| Case Name: | CHRISTON, GLENN T | | Bank Name: | Rabobank, N.A. |
| | CHRISTON, KERRY K | | Account: | ******0966 - Checking Account |
| Taxpayer ID #: | **-***8676 | | Blanket Bond: | $77,173,558.00 (per case limit) |
| Period Ending: | 04/18/17 | | Separate Bond: | N/A |

| 1 | 2 | 3 | 4 | | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Trans. Date | {Ref #} / Check # | Paid To / Received From | Description of Transaction | T-Code | Receipts $ | Disbursements $ | Checking Account Balance |
| 10/31/16 | {1} | Glenn Christon | initial payment on purchase of trustee equity in home | 1110-000 | 10,000.00 | | 10,000.00 |
| 11/30/16 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 13.86 | 9,986.14 |
| 12/19/16 | {1} | Patrick and Carol Gilbert | partial payment | 1110-000 | 10,000.00 | | 19,986.14 |
| 12/30/16 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 19.10 | 19,967.04 |
| 01/16/17 | {1} | Patrick and Carol Gilbert | final payment of purchase of right, title and interest | 1110-000 | 5,000.00 | | 24,967.04 |
| 01/31/17 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 33.98 | 24,933.06 |
| 02/02/17 | 101 | International Sureties, Ltd. | bond # 016073584 | 2300-000 | | 6.93 | 24,926.13 |
| 02/28/17 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 33.46 | 24,892.67 |
| 03/31/17 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 36.99 | 24,855.68 |
| | | | ACCOUNT TOTALS | | 25,000.00 | 144.32 | $24,855.68 |
| | | | Less: Bank Transfers | | 0.00 | 0.00 | |
| | | | **Subtotal** | | 25,000.00 | 144.32 | |
| | | | Less: Payments to Debtors | | | 0.00 | |
| | | | **NET Receipts / Disbursements** | | $25,000.00 | $144.32 | |

{} Asset reference(s)

Printed: 04/18/2017 01:29 PM   V.13.30

Exhibit B

# Form 2

Page: 2

## Cash Receipts And Disbursements Record

**Case Number:** 16-15296-JSB  
**Case Name:** CHRISTON, GLENN T  
CHRISTON, KERRY K  
**Taxpayer ID #:** **-***8676  
**Period Ending:** 04/18/17  

**Trustee:** David R. Brown (330580)  
**Bank Name:** Rabobank, N.A.  
**Account:** ******0967 - Checking Account  
**Blanket Bond:** $77,173,558.00  (per case limit)  
**Separate Bond:** N/A  

| 1<br>Trans.<br>Date | 2<br>{Ref #} /<br>Check # | 3<br>Paid To / Received From | 4<br>Description of Transaction | T-Code | 5<br>Receipts<br>$ | 6<br>Disbursements<br>$ | 7<br>Checking<br>Account Balance |
|---|---|---|---|---|---|---|---|
| (No Transactions on File for this Period) | | | ACCOUNT TOTALS | | 0.00 | 0.00 | $0.00 |
| | | | Less: Bank Transfers | | 0.00 | 0.00 | |
| | | | **Subtotal** | | 0.00 | 0.00 | |
| | | | Less: Payments to Debtors | | | 0.00 | |
| | | | **NET Receipts / Disbursements** | | **$0.00** | **$0.00** | |

| TOTAL - ALL ACCOUNTS | Net<br>Receipts | Net<br>Disbursements | Account<br>Balances |
|---|---|---|---|
| **Checking # ******0966** | 25,000.00 | 144.32 | 24,855.68 |
| **Checking # ******0967** | 0.00 | 0.00 | 0.00 |
| | $25,000.00 | $144.32 | $24,855.68 |

# EXHIBIT C
## ANALYSIS OF CLAIMS REGISTER

**Claims Bar Date:** October 28, 2016

**Case Number:** 16-15296-JSB  
**Debtor Name:** CHRISTON, GLENN T

Page: 1

**Date:** April 18, 2017  
**Time:** 01:29:06 PM

| Claim # | Creditor Name & Address | Claim Type | Claim Ref. No. / Notes | Amount Allowed | Paid to Date | Claim Balance |
|---|---|---|---|---|---|---|
| 200 | David R. Brown<br>300 S. County Farm Rd., Ste I<br>Wheaton, IL 60187 | Admin Ch. 7 | | $3,250.00 | $0.00 | 3,250.00 |
| 200 | David R. Brown<br>300 S. County Farm Rd., Ste I<br>Wheaton, IL 60187 | Admin Ch. 7 | | $6.60 | $0.00 | 6.60 |
| 200 | SPRINGER BROWN, LLC<br>300 S. County Farm Road<br>Suite I<br>Wheaton, IL 60187 | Admin Ch. 7 | | $2,920.00 | $0.00 | 2,920.00 |
| 200 | SPRINGER BROWN, LLC<br>300 S. County Farm Road<br>Suite I<br>Wheaton, IL 60187 | Admin Ch. 7 | | $194.06 | $0.00 | 194.06 |
| 2<br>100 | Woodland Hills Homeowners Association<br>c/o Kovitz Shifrin Nesbit<br>175 N. Archer Ave.<br>Mundelein, IL 60060 | Secured | Order entered 2/24/207 valuing secured claim at $0 as to property of the estate | $0.00 | $0.00 | 0.00 |
| 1<br>610 | Discover Bank<br>Discover Products Inc<br>PO Box 3025<br>New Albany, OH 43054-3025 | Unsecured | Acct # 0327 | $18,131.30 | $0.00 | 18,131.30 |
| 3<br>610 | Capital One NA<br>c/o Becket and Lee LLP<br>PO Box 3001<br>Malvern, PA 19355-0701 | Unsecured | Acct # 0948 | $3,008.10 | $0.00 | 3,008.10 |
| 4<br>610 | American Express Bank FSB<br>c/o Becket and Lee LLP<br>PO Box 3001<br>Malvern, PA 19355-0701 | Unsecured | Acct# 1006 | $3,638.36 | $0.00 | 3,638.36 |
| 5<br>610 | Portfolio Recovery Associates, LLC<br>Successor to CAPITAL ONE BANK (USA),N.A.<br>POB 41067<br>Norfolk, VA 23541 | Unsecured | Acct # 1607 | $10,632.39 | $0.00 | 10,632.39 |
| **<< Totals >>** | | | | 41,780.81 | 0.00 | 41,780.81 |

**TRUSTEE'S PROPOSED DISTRIBUTION**  Exhibit D

Case No.: 16-15296-JSB
Case Name: CHRISTON, GLENN T
Trustee Name: David R. Brown

**Balance on hand:**     $     24,855.68

Claims of secured creditors will be paid as follows:

| Claim No. | Claimant | Claim Asserted | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|---|
| 2 | Woodland Hills Homeowners Association | 3,046.97 | 0.00 | 0.00 | 0.00 |

Total to be paid to secured creditors:   $     0.00
Remaining balance:   $     24,855.68

Applications for chapter 7 fees and administrative expenses have been filed as follows:

| Reason/Applicant | Total Requested | Interim Payments to Date | Proposed Payment |
|---|---|---|---|
| Trustee, Fees - David R. Brown | 3,250.00 | 0.00 | 3,250.00 |
| Trustee, Expenses - David R. Brown | 6.60 | 0.00 | 6.60 |
| Attorney for Trustee, Fees - SPRINGER BROWN, LLC | 2,920.00 | 0.00 | 2,920.00 |
| Attorney for Trustee, Expenses - SPRINGER BROWN, LLC | 194.06 | 0.00 | 194.06 |

Total to be paid for chapter 7 administration expenses:   $     6,370.66
Remaining balance:   $     18,485.02

Applications for prior chapter fees and administrative expenses have been filed as follows:

| Reason/Applicant | Total Requested | Interim Payments to Date | Proposed Payment |
|---|---|---|---|
| None | | | |

Total to be paid for prior chapter administrative expenses:   $     0.00
Remaining balance:   $     18,485.02

**UST Form 101-7-TFR (05/1/2011)**

In addition to the expenses of administration listed above as may be allowed by the Court, priority claims totaling $0.00 must be paid in advance of any dividend to general (unsecured) creditors.

Allowed priority claims are:

| Claim No | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|
| None | | | | |

Total to be paid for priority claims:  $           0.00
Remaining balance:  $     18,485.02

The actual distribution to wage claimants included above, if any, will be the proposed payment less applicable withholding taxes (which will be remitted to the appropriate taxing authorities).

Timely claims of general (unsecured) creditors totaling $ 35,410.15 have been allowed and will be paid *pro rata* only after all allowed administrative and priority claims have been paid in full. The timely allowed general (unsecured) dividend is anticipated to be 52.2 percent, plus interest (if applicable).

Timely allowed general (unsecured) claims are as follows:

| Claim No | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|
| 1 | Discover Bank | 18,131.30 | 0.00 | 9,465.01 |
| 3 | Capital One NA | 3,008.10 | 0.00 | 1,570.31 |
| 4 | American Express Bank FSB | 3,638.36 | 0.00 | 1,899.32 |
| 5 | Portfolio Recovery Associates, LLC | 10,632.39 | 0.00 | 5,550.38 |

Total to be paid for timely general unsecured claims:  $     18,485.02
Remaining balance:  $           0.00

Tardily filed claims of general (unsecured) creditors totaling $ 0.00 have been allowed and will be paid *pro rata* only after all allowed administrative, priority and timely filed general (unsecured) claims have been paid in full. The tardily filed claim dividend is anticipated to be 0.0 percent, plus interest (if applicable).

Tardily filed general (unsecured) claims are as follows:

| Claim No | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|
| None | | | | |

Total to be paid for tardy general unsecured claims:  $           0.00
Remaining balance:  $           0.00

**UST Form 101-7-TFR (05/1/2011)**

Subordinated unsecured claims for fines, penalties, forfeitures, or damages and claims ordered subordinated by the Court totaling $ 0.00 have been allowed and will be paid *pro rata* only after all allowed administrative, priority and general (unsecured) claims have been paid in full. The dividend for subordinated unsecured claims is anticipated to be 0.0 percent, plus interest (if applicable).

Subordinated unsecured claims for fines, penalties, forfeitures or damages and claims ordered subordinated by the Court are as follows:

| Claim No | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|
| None | | | | |

Total to be paid for subordinated claims: $ 0.00
Remaining balance: $ 0.00

**UST Form 101-7-TFR (05/1/2011)**