UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| IN RE: | ) | Chapter 7 |
| | ) | |
| **CHRISTON, GLENN T** | ) | Bankruptcy No. 16-15296 |
| **CHRISTON, KERRY K,** | ) | |
| | ) | Judge Janet S. Baer |
| Debtor(s). | ) | |

## CERTIFICATE OF SERVICE

The undersigned certifies that on April 21, 2017, I served by prepaid first class mail or via electronic service as indicated a copy of the Notice of Trustee's Final Report and Applications for Compensation and Deadline to Object (NFR) on all parties listed below at the addresses contained therein.

**VIA ECF SERVICE**

Patrick S. Layng
US Trustee
219 S. Dearborn Street
Room 873
Chicago, IL 60604

James Young
85 Market St.
Elgin, IL 60123

**VIA REGULAR MAIL**

Glenn and Kerry Christon
1524 Old Forge Rd.
Bartlett, IL 60103

Discover Bank
Discover Products Inc.
PO Box 3025
New Albany, OH 43054-3025

Capital One NA
c/o Becket and Lee LLP
PO Box 3001
Malvern, PA 19355-0701

American Express Bank FSB
c/o Becket and Lee LLP
PO Box 3001
Malvern, PA 19355-0701

Woodland Hills Homeowners Association
c/o Kovitz Shifrin Nesbit
175 N. Archer Ave.
Mundelein, IL 60060

Portfolio Recovery Associates, LLC Successor to CAPITAL ONE BANK (USA), N.A.
POB 41067
Norfolk, VA 23541

/s/ DAVID R. BROWN, TRUSTEE
DAVID R. BROWN, Trustee
300 S. County Farm Rd., Ste.I
Wheaton, IL 60187
(630) 510-0000