**UNITED STATES BANKRUPTCY COURT**
**NORTHERN DISTRICT OF ILLINOIS**
**EASTERN DIVISION**

In re: CHRISTON, GLENN T. § Case No. 16-15296
CHRISTON, KERRY K. §
§
§

Debtor(s)

**CHAPTER 7 TRUSTEE'S FINAL ACCOUNT AND DISTRIBUTION
REPORT CERTIFICATION THAT THE ESTATE HAS BEEN FULLY
ADMINISTERED AND APPLICATION TO BE DISCHARGED (TDR)**

David R. Brown, chapter 7 trustee, submits this Final Account, Certification that the Estate has been Fully Administered and Application to be Discharged.

1) All funds on hand have been distributed in accordance with the Trustee's Final Report and, if applicable, any order of the Court modifying the Final Report. The case is fully administered and all assets and funds which have come under the trustee's control in this case have been properly accounted for as provided by law. The trustee hereby requests to be discharged from further duties as a trustee.

2) A summary of assets abandoned, assets exempt, total distributions to claimants, claims discharged without payment, and expenses of administration is provided below:

| | | | |
|---|---|---|---|
| Assets Abandoned: | $76,922.00 | Assets Exempt: | $90,850.00 |
| *(without deducting any secured claims)* | | | |
| Total Distributions to Claimants: | $18,485.02 | Claims Discharged Without Payment: | $114,707.87 |
| Total Expenses of Administration: | $6,514.98 | | |

3) Total gross receipts of $25,000.00 (see **Exhibit 1**), minus funds paid to the debtor and third parties of $0.00 (see **Exhibit 2**), yielded net receipts of $25,000.00 from the liquidation of the property of the estate, which was distributed as follows:

UST Form 101-7-TDR ( 10 /1/2010)

|  | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|
| SECURED CLAIMS (from **Exhibit 3**) | $275,888.66 | $3,046.97 | $0.00 | $0.00 |
| PRIORITY CLAIMS: |  |  |  |  |
| CHAPTER 7 ADMIN. FEES AND CHARGES (from **Exhibit 4**) | $0.00 | $6,514.98 | $6,514.98 | $6,514.98 |
| PRIOR CHAPTER ADMIN. FEES AND CHARGES (from **Exhibit 5**) | $0.00 | $0.00 | $0.00 | $0.00 |
| PRIORITY UNSECURED CLAIMS (from **Exhibit 6**) | $0.00 | $0.00 | $0.00 | $0.00 |
| GENERAL UNSECURED CLAIMS (from **Exhibit 7**) | $97,782.74 | $35,410.15 | $35,410.15 | $18,485.02 |
| **TOTAL DISBURSEMENTS** | $373,671.40 | $44,972.10 | $41,925.13 | $25,000.00 |

4) This case was originally filed under chapter 7 on 05/04/2016.  The case was pending for 14 months.

5) All estate bank statements, deposit slips, and canceled checks have been submitted to the United States Trustee.

6) An individual estate property record and report showing the final accounting of the assets of the estate is attached as **Exhibit 8**. The cash receipts and disbursements records for each estate bank account, showing the final accounting of the receipts and disbursements of estate funds is attached as **Exhibit 9**.

Pursuant to Fed R Bank P 5009, I hereby certify, under penalty of perjury, that the foregoing report is true and correct.

Dated:    07/07/2017                     By: /s/ David R. Brown
                                             Trustee

**STATEMENT** This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

UST Form 101-7-TDR ( 10 /1/2010)

# EXHIBITS TO
# FINAL ACCOUNT

## EXHIBIT 1 – GROSS RECEIPTS

| DESCRIPTION | UNIFORM TRAN. CODE[1] | $ AMOUNT RECEIVED |
|---|---|---|
| 1524 Old Forge Rd, Bartlett, IL 60103-0000 | 1110-000 | $25,000.00 |
| **TOTAL GROSS RECEIPTS** | | **$25,000.00** |

[1] The Uniform Transaction Code is an accounting code assigned by the trustee for statistical reporting purposes.

## EXHIBIT 2 – FUNDS PAID TO DEBTOR & THIRD PARTIES

| PAYEE | DESCRIPTION | UNIFORM TRAN. CODE | $ AMOUNT PAID |
|---|---|---|---|
| | None | | |

## EXHIBIT 3 - SECURED CLAIMS

| Claim NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6D) | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| 2 | Woodland Hills Homeowners Association | 4110-000 | $0.00 | $3,046.97 | $0.00 | $0.00 |
| N/F | Carmax Auto Finance | 4110-000 | $15,352.75 | NA | NA | NA |
| N/F | Chase Auto | 4110-000 | $15,942.91 | NA | NA | NA |
| N/F | Chase Mortgage | 4110-000 | $244,593.00 | NA | NA | NA |
| | **TOTAL SECURED** | | **$275,888.66** | **$3,046.97** | **$0.00** | **$0.00** |

**EXHIBIT 4 – CHAPTER 7 ADMINISTRATIVE FEES and CHARGES**

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| Trustee, Fees - David R. Brown | 2100-000 | NA | $3,250.00 | $3,250.00 | $3,250.00 |
| Trustee, Expenses - David R. Brown | 2200-000 | NA | $6.60 | $6.60 | $6.60 |
| Attorney for Trustee Fees - SPRINGER BROWN, LLC | 3110-000 | NA | $2,920.00 | $2,920.00 | $2,920.00 |
| Attorney for Trustee, Expenses - SPRINGER BROWN, LLC | 3120-000 | NA | $194.06 | $194.06 | $194.06 |
| Bond Payments - International Sureties, Ltd. | 2300-000 | NA | $6.93 | $6.93 | $6.93 |
| Banking and Technology Service Fee - Rabobank, N.A. | 2600-000 | NA | $137.39 | $137.39 | $137.39 |
| **TOTAL CHAPTER 7 ADMIN. FEES AND CHARGES** | | NA | **$6,514.98** | **$6,514.98** | **$6,514.98** |

**EXHIBIT 5 – PRIOR CHAPTER ADMINISTRATIVE FEES and CHARGES**

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| None | | | | | |

**EXHIBIT 6 – PRIORITY UNSECURED CLAIMS**

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6E) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| None | | | | | | |

UST Form 101-7-TDR ( 10 /1/2010)

**EXHIBIT 7 – GENERAL UNSECURED CLAIMS**

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| 1 | Discover Bank | 7100-000 | $0.00 | $18,131.30 | $18,131.30 | $9,465.01 |
| 3 | Capital One NA | 7100-000 | $0.00 | $3,008.10 | $3,008.10 | $1,570.31 |
| 4 | American Express Bank FSB | 7100-000 | $0.00 | $3,638.36 | $3,638.36 | $1,899.32 |
| 5 | Portfolio Recovery Associates, LLC | 7100-000 | $0.00 | $10,632.39 | $10,632.39 | $5,550.38 |
| N/F | American Express | 7100-000 | $4,246.00 | NA | NA | NA |
| N/F | American Express | 7100-000 | $4,553.98 | NA | NA | NA |
| N/F | American Express | 7100-000 | $3,637.66 | NA | NA | NA |
| N/F | Bartlet Fire Protection Dist | 7100-000 | $900.00 | NA | NA | NA |
| N/F | Capital One | 7100-000 | $10,632.00 | NA | NA | NA |
| N/F | Central DuPage Hospital | 7100-000 | $847.25 | NA | NA | NA |
| N/F | Central DuPage Hospital | 7100-000 | $586.78 | NA | NA | NA |
| N/F | Discover | 7100-000 | $18,131.00 | NA | NA | NA |
| N/F | Discover | 7100-000 | $9,342.39 | NA | NA | NA |
| N/F | Discover Bank | 7100-000 | $18,131.30 | NA | NA | NA |
| N/F | HSBC Bank | 7100-000 | $10,632.00 | NA | NA | NA |
| N/F | HSBC Bank | 7100-000 | $9,559.38 | NA | NA | NA |
| N/F | IC System | 7100-000 | $432.00 | NA | NA | NA |
| N/F | Kohls | 7100-000 | $1,267.00 | NA | NA | NA |

**UST Form 101-7-TDR ( 10 /1/2010)**

| | | | | | | |
|---|---|---|---|---|---|---|
| N/F | MCI | 7100-000 | $86.00 | NA | NA | NA |
| N/F | Midwest Neurosurgey & Spine Special | 7100-000 | $500.00 | NA | NA | NA |
| N/F | Midwest Surgery & Spine | 7100-000 | $760.50 | NA | NA | NA |
| N/F | Midwest Vein Clinics | 7100-000 | $1,325.93 | NA | NA | NA |
| N/F | Suburban Orthopedics MRI | 7100-000 | $99.60 | NA | NA | NA |
| N/F | Woodland Hills Homeowners Assoc. | 7100-000 | $2,111.97 | NA | NA | NA |
| | **TOTAL GENERAL UNSECURED CLAIMS** | | **$97,782.74** | **$35,410.15** | **$35,410.15** | **$18,485.02** |

**UST Form 101-7-TDR ( 10 /1/2010)**

# Form 1

## Individual Estate Property Record and Report

## Asset Cases

Exhibit 8
Page: 1

**Case No.:** 16-15296
**Case Name:** CHRISTON, GLENN T.
CHRISTON, KERRY K.
**For Period Ending:** 07/07/2017

**Trustee Name:** (330580) David R. Brown
**Date Filed (f) or Converted (c):** 05/04/2016 (f)
**§ 341(a) Meeting Date:** 05/31/2016
**Claims Bar Date:** 10/28/2016

| Ref. # | 1<br>Asset Description<br>(Scheduled And Unscheduled (u) Property) | 2<br>Petition/<br>Unscheduled<br>Values | 3<br>Estimated Net Value<br>(Value Determined By Trustee,<br>Less Liens, Exemptions,<br>and Other Costs) | 4<br>Property Formally<br>Abandoned<br>OA=§554(a) abandon. | 5<br>Sale/Funds<br>Received by the<br>Estate | 6<br>Asset Fully<br>Administered (FA)/<br>Gross Value of<br>Remaining Assets |
|---|---|---|---|---|---|---|
| 1 | 1524 Old Forge Rd, Bartlett, IL 60103-0000<br>DuPage County<br>Amended schedules reduced value from $340,000 to $330,000 | 330,000.00 | 0.00 | | 25,000.00 | FA |
| 3 | 2012 Dodge Journey, 87,000 miles, Fair Condition | 6,223.00 | 0.00 | | 0.00 | FA |
| 4 | 2012 Ford Express, 117,000 miles, Fair Condition | 9,278.00 | 0.00 | | 0.00 | FA |
| 5 | 2000 Chevrolet Monte Carlo, 120,000 miles, Fair Condition | 571.00 | 0.00 | | 0.00 | FA |
| 6 | Sofas, Beds, Dressers, Tables | 500.00 | 0.00 | | 0.00 | FA |
| 7 | TVs, DVD Players, Computer, Printer, Scanner,<br>Orig. Description: TVs, DVD Fax Machine, Stereo | 550.00 | 0.00 | | 0.00 | FA |
| 8 | Misc Clothing & Apparel | 400.00 | 0.00 | | 0.00 | FA |
| 9 | Misc. Costume Jewelry | 300.00 | 0.00 | | 0.00 | FA |
| 10 | Checking: West Suburban Bank | 300.00 | 0.00 | | 0.00 | FA |
| 11 | Checking: West Suburban Bank | 1,900.00 | 0.00 | | 0.00 | FA |
| 12 | Savings: West Suburban Bank | 1,900.00 | 0.00 | | 0.00 | FA |
| 13 | 401 (k): Fidelity | 55,000.00 | 0.00 | | 0.00 | FA |

**UST Form 101-7-TDR ( 10 /1/2010)**

## Form 1
## Individual Estate Property Record and Report
## Asset Cases

Exhibit 8

Page: 2

| Case No.: | 16-15296 | Trustee Name: | (330580) David R. Brown |
| --- | --- | --- | --- |
| Case Name: | CHRISTON, GLENN T.<br>CHRISTON, KERRY K. | Date Filed (f) or Converted (c): | 05/04/2016 (f) |
| | | § 341(a) Meeting Date: | 05/31/2016 |
| For Period Ending: | 07/07/2017 | Claims Bar Date: | 10/28/2016 |

| | 1<br>Asset Description<br>(Scheduled And Unscheduled (u) Property) | 2<br>Petition/<br>Unscheduled<br>Values | 3<br>Estimated Net Value<br>(Value Determined By Trustee,<br>Less Liens, Exemptions,<br>and Other Costs) | 4<br>Property Formally<br>Abandoned<br>OA=§554(a) abandon. | 5<br>Sale/Funds<br>Received by the<br>Estate | 6<br>Asset Fully<br>Administered (FA)/<br>Gross Value of<br>Remaining Assets |
| --- | --- | --- | --- | --- | --- | --- |
| Ref. # | | | | | | |
| 12 | Assets    Totals    (Excluding unknown values) | $406,922.00 | $0.00 | | $25,000.00 | $0.00 |

**Major Activities Affecting Case Closing:**

    Trustee sold right, title and interest in real estate to the Debtors for $25,000, with $10,000 payable on or before 10/1/16 and the remaining $15,000 payable on or before 11/18/2016.   Order entered 9/30/16 approving sale

**Initial Projected Date Of Final Report (TFR):**    12/30/2016    **Current Projected Date Of Final Report (TFR):**    04/18/2017 (Actual)

UST Form 101-7-TDR ( 10 /1/2010)

|  |  | Exhibit 9 |
|---|---|---:|
|  |  | Page: 1 |

# Form 2

## Cash Receipts And Disbursements Record

| Case No.: | 16-15296 | Trustee Name: | David R. Brown (330580) |
|---|---|---|---|
| Case Name: | CHRISTON, GLENN T. CHRISTON, KERRY K. | Bank Name: | Rabobank, N.A. |
| Taxpayer ID #: | **-***8676 | Account #: | ******0966 Checking Account |
| For Period Ending: | 07/07/2017 | Blanket Bond (per case limit): | $77,173,558.00 |
|  |  | Separate Bond (if applicable): | N/A |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check or Ref. # | Paid To / Received From | Description of Transaction | Uniform Tran. Code | Deposit $ | Disbursement $ | Account Balance |
| 10/31/2016 | {1} | Glenn Christon | initial payment on purchase of trustee equity in home | 1110-000 | 10,000.00 |  | 10,000.00 |
| 11/30/2016 |  | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 |  | 13.86 | 9,986.14 |
| 12/19/2016 | {1} | Patrick and Carol Gilbert | partial payment | 1110-000 | 10,000.00 |  | 19,986.14 |
| 12/30/2016 |  | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 |  | 19.10 | 19,967.04 |
| 01/16/2017 | {1} | Patrick and Carol Gilbert | final payment of purchase of right, title and interest | 1110-000 | 5,000.00 |  | 24,967.04 |
| 01/31/2017 |  | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 |  | 33.98 | 24,933.06 |
| 02/02/2017 | 101 | International Sureties, Ltd. | bond # 016073584 | 2300-000 |  | 6.93 | 24,926.13 |
| 02/28/2017 |  | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 |  | 33.46 | 24,892.67 |
| 03/31/2017 |  | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 |  | 36.99 | 24,855.68 |
| 05/18/2017 | 102 | David R. Brown | Distribution payment - Dividend paid at 100.00% of $3,250.00; Claim # FEE; Filed: $3,250.00 | 2100-000 |  | 3,250.00 | 21,605.68 |

{} Asset Reference(s)    UST Form 101-7-TDR ( 10 /1/2010)    ! - transaction has not been cleared

Case 16-15296 Doc 56 Filed 07/17/17 Entered 07/17/17 15:29:21 Desc Main
Document Page 10 of 13

Exhibit 9

Page: 2

## Form 2

## Cash Receipts And Disbursements Record

| Case No.: | 16-15296 | Trustee Name: | David R. Brown (330580) |
|---|---|---|---|
| Case Name: | CHRISTON, GLENN T. CHRISTON, KERRY K. | Bank Name: | Rabobank, N.A. |
| Taxpayer ID #: | **-***8676 | Account #: | ******0966 Checking Account |
| For Period Ending: | 07/07/2017 | Blanket Bond (per case limit): | $77,173,558.00 |
|  |  | Separate Bond (if applicable): | N/A |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check or Ref. # | Paid To / Received From | Description of Transaction | Uniform Tran. Code | Deposit $ | Disbursement $ | Account Balance |
| 05/18/2017 | 103 | SPRINGER BROWN, LLC | Distribution payment - Dividend paid at 100.00% of $2,920.00; Claim # ; Filed: $2,920.00 | 3110-000 |  | 2,920.00 | 18,685.68 |
| 05/18/2017 | 104 | SPRINGER BROWN, LLC | Distribution payment - Dividend paid at 100.00% of $194.06; Claim # AE; Filed: $194.06 | 3120-000 |  | 194.06 | 18,491.62 |
| 05/18/2017 | 105 | David R. Brown | Distribution payment - Dividend paid at 100.00% of $6.60; Claim # TE; Filed: $6.60 | 2200-000 |  | 6.60 | 18,485.02 |
| 05/18/2017 | 106 | Discover Bank | Distribution payment - Dividend paid at 52.20% of $18,131.30; Claim # 1; Filed: $18,131.30 | 7100-000 |  | 9,465.01 | 9,020.01 |
| 05/18/2017 | 107 | Capital One NA | Distribution payment - Dividend paid at 52.20% of $3,008.10; Claim # 3; Filed: $3,008.10 | 7100-000 |  | 1,570.31 | 7,449.70 |
| 05/18/2017 | 108 | American Express Bank FSB | Distribution payment - Dividend paid at 52.20% of $3,638.36; Claim # 4; Filed: $3,638.36 | 7100-000 |  | 1,899.32 | 5,550.38 |

{ } Asset Reference(s)     UST Form 101-7-TDR ( 10 /1/2010)     ! - transaction has not been cleared

Exhibit 9

Page: 3

# Form 2

## Cash Receipts And Disbursements Record

| Case No.: | 16-15296 | Trustee Name: | David R. Brown (330580) |
|---|---|---|---|
| Case Name: | CHRISTON, GLENN T. / CHRISTON, KERRY K. | Bank Name: | Rabobank, N.A. |
| Taxpayer ID #: | **-***8676 | Account #: | ******0966 Checking Account |
| For Period Ending: | 07/07/2017 | Blanket Bond (per case limit): | $77,173,558.00 |
| | | Separate Bond (if applicable): | N/A |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check or Ref. # | Paid To / Received From | Description of Transaction | Uniform Tran. Code | Deposit $ | Disbursement $ | Account Balance |
| 05/18/2017 | 109 | Portfolio Recovery Associates, LLC | Distribution payment - Dividend paid at 52.20% of $10,632.39; Claim # 5; Filed: $10,632.39 | 7100-000 | | 5,550.38 | 0.00 |
| | | | COLUMN TOTALS | | 25,000.00 | 25,000.00 | $0.00 |
| | | | Less: Bank Transfers/CDs | | 0.00 | 0.00 | |
| | | | Subtotal | | 25,000.00 | 25,000.00 | |
| | | | Less: Payments to Debtors | | | 0.00 | |
| | | | NET Receipts / Disbursements | | $25,000.00 | $25,000.00 | |

{ } Asset Reference(s)     UST Form 101-7-TDR ( 10 /1/2010)                         ! - transaction has not been cleared

Exhibit 9

Page: 4

## Form 2

## Cash Receipts And Disbursements Record

| Case No.: | 16-15296 | Trustee Name: | David R. Brown (330580) |
|---|---|---|---|
| Case Name: | CHRISTON, GLENN T. / CHRISTON, KERRY K. | Bank Name: | Rabobank, N.A. |
| Taxpayer ID #: | **-***8676 | Account #: | ******0967 Checking Account |
| For Period Ending: | 07/07/2017 | Blanket Bond (per case limit): | $77,173,558.00 |
| | | Separate Bond (if applicable): | N/A |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check or Ref. # | Paid To / Received From | Description of Transaction | Uniform Tran. Code | Deposit $ | Disbursement $ | Account Balance |
| | | | | | | | |

(No transactions on file for this period)

| | | | |
|---|---|---|---|
| COLUMN TOTALS | | 0.00 | 0.00 | $0.00 |
| Less: Bank Transfers/CDs | | 0.00 | 0.00 | |
| **Subtotal** | | 0.00 | 0.00 | |
| Less: Payments to Debtors | | | 0.00 | |
| **NET Receipts / Disbursements** | | **$0.00** | **$0.00** | |

{ } Asset Reference(s)     UST Form 101-7-TDR ( 10 /1/2010)     ! - transaction has not been cleared

**Form 2**

# Cash Receipts And Disbursements Record

Exhibit 9
Page: 5

| | | | |
|---|---|---|---|
| **Case No.:** | 16-15296 | **Trustee Name:** | David R. Brown (330580) |
| **Case Name:** | CHRISTON, GLENN T. CHRISTON, KERRY K. | **Bank Name:** | Rabobank, N.A. |
| **Taxpayer ID #:** | **-***8676 | **Account #:** | ******0967 Checking Account |
| **For Period Ending:** | 07/07/2017 | **Blanket Bond (per case limit):** | $77,173,558.00 |
| | | **Separate Bond (if applicable):** | N/A |

| TOTAL - ALL ACCOUNTS | NET DEPOSITS | NET DISBURSEMENTS | ACCOUNT BALANCES |
|---|---:|---:|---:|
| ******0966 Checking Account | $25,000.00 | $25,000.00 | $0.00 |
| ******0967 Checking Account | $0.00 | $0.00 | $0.00 |
| | **$25,000.00** | **$25,000.00** | **$0.00** |

UST Form 101-7-TDR (10 /1/2010)